# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**B.T. PALMER, M.N. FULTON, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**NICHOLAS K. WEBSTER**
**HOSPITALMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201600107**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 21 December 2015.
**Military Judge**: CAPT P.C. LeBlanc, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Hospital, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LCDR M.J. Stutts, JAGC, USN.
**For Appellant**: LCDR Paul D. Jenkins, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**28 July 2016**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the adjudged sentence to confinement was for 90 days vice 3 months.

For the Court



R.H. TROIDL
Clerk of Court